2470810

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Case No. 8:24-cv-1070**

BRANDED ACQUICO NO 6, LLC
and BRANDED EU ACQUICO NO 2, LTD,

  Plaintiffs,

v.

ESSENTIAL ARGAN OIL, LLC,

  Defendant.

_____/

## PLAINTIFFS' COMPLAINT FOR DAMAGES

COMES NOW, Plaintiffs, BRANDED ACQUICO NO 6, LLC and BRANDED EU ACQUICO NO 2, LTD, and hereby files this Complaint for Damages against Defendant, ESSENTIAL ARGAN OIL, LLC, as follows:

## THE PARTIES

1. Plaintiff, BRANDED ACQUICO NO 6, LLC, is a Delaware limited liability company with a principal place of business of New York, New York, and its sole member is a citizen of France.

2. Plaintiff, BRANDED EU ACQUICO NO 2, LTD, is a United Kingdom limited company, and its sole director is a citizen of France.

3. Defendant, ESSENTIAL ARGAN OIL, LLC, which sometimes does business under the name of All Natural Health and Beauty is a limited liability company and its members are all citizens of Florida.

4. Defendant, ESSENTIAL ARGAN OIL, LLC's principal place of business is 3906 Willowtree Place, Tampa, Florida.

5. Defendant, ESSENTIAL ARGAN OIL, LLC, failed to perform services in breach of its contractual duties in Tampa, Florida.

6. Defendant, ESSENTIAL ARGAN OIL, LLC, is in possession of goods located in Tampa, Florida, which are owned by Plaintiffs and are the subject of this lawsuit.

## **VENUE AND JURISDICTION**

7. In this cause of action for breach of contract and unjust enrichment, the amount in controversy exceeds the $75,000 minimum jurisdictional limits of this Court, exclusive of interest and costs.

8. All conditions precedent to bringing this action have been met or have been waived.

9. This Court has original jurisdiction of this action under 28 U.S.C. § 1332, because there is complete diversity of citizenship between the parties.

10. Venue is proper in the Middle District of Florida, Tampa Division.

## FACTS GIVING RISE TO CAUSE OF ACTION

11. Between January 14, 2022 and August 17, 2023, Plaintiffs placed with Defendant twenty-one Purchase Orders (hereinafter "the Purchase Orders") for the contract filling of certain beauty products using raw materials and packaging supplied by Plaintiff (hereinafter "the Finished Goods").

12. The Purchase Orders constituted an agreement by Plaintiff to pay for, and Defendant to produce, the named Finished Goods by the Cargo Ready Date named on each individual purchase order.

13. At the time of the placement of each of the Purchase Orders, Plaintiffs paid Defendant to perform the filling services and produce the Finished Goods, with these individual payments totaling $102,431.35 USD.

14. To enable Defendant to produce the Finished Goods, Plaintiff timely supplied bulk raw material and packaging directly to Defendant at Defendant's place of business in Tampa, Florida, valued at a total of $64,954.22 USD.

15. Defendant failed to meet the Cargo Ready Date on the Purchase Orders.

16. On August 22, 2023, Plaintiff notified Defendant of its failures and met with Defendant to develop a transition plan to ensure the timely completion of all Purchase Orders by October 2023.

17. On September 13, 2023, Defendant confirmed that all Purchase Orders would be completed by October 3, 2023.

18. Defendant failed to produce the Finished Goods by October 3, 2023.

## COUNT I
## BREACH OF CONTRACT

19. Plaintiffs reassert and re-allege its allegations in paragraphs 1 through 18.

20. Defendant did not produce the Finished Goods by the Cargo Ready Dates listed on the respective Purchase Orders.

21. Defendant agreed to complete the Purchase Orders and ship all Finished Goods by October 3, 2023.

22. Plaintiffs paid Defendant $102,431.35 USD in valuable consideration for the Purchase Orders for Defendant to produce the Finished Goods.

23. Defendant breached the agreement to produce the Finished Goods by failing to complete and ship all finished goods by the Cargo Ready Date listed on the Purchase Orders, and then subsequently by the mutually agreed upon date of October 3, 2023.

24. Plaintiffs have suffered damages as the result of Defendant's failure to complete and ship all finished goods by October 3, 2023.

WHEREFORE, Plaintiff prays for judgment and damages for breach of contract, and any other damages permitted under law.

## COUNT II
## UNJUST ENRICHMENT

25. Plaintiffs reassert and re-allege its allegations in paragraphs 1 through 18.

26. Plaintiffs directly conferred to Defendant a benefit of (1) a cash payment, and (2) components and bulk materials, in connection with the filling and packaging of health and beauty products sold by Plaintiffs under the Poppy Austin and Mend Brands.

27. Defendant had knowledge of receiving the cash payment, and components and bulk materials.

28. Defendant voluntarily accepted and retained the cash payment, and components and bulk materials.

29. Defendant has retained Plaintiff's cash payment compensation without producing, completing and shipping Finished Goods in the amount of $80,722.95.

30. Defendant has retained Plaintiff's bulk raw materials, and packaging, in the amount of $52,669.72.

31. Defendant has retained Plaintiff's Finished Goods in the amount of $702.60.

WHEREFORE, Plaintiff prays for judgment and damages for unjust enrichment, and any other damages permitted under law.

DATED: May 3, 2024

                Respectfully submitted,

                */s/ Drew M. Levin*
                Drew M. Levin, Esquire
                Florida Bar No.: 48419
                dlevin@conroysimberg.com
                Conroy Simberg
                3440 Hollywood Blvd., 2nd Floor

Hollywood, FL 33021
(954) 961-1400
(954) 518-8636
Attorney for Plaintiffs, Branded AcquiCo No 6, LLC and Branded EU AcquiCo No 2, Ltd

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing to the Clerk of the Court by using the CM/ECF system.

  */s/ Drew M. Levin*
Drew M. Levin, Esquire
Florida Bar No.: 0048419
dlevin@conroysimberg.com
Conroy Simberg
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021
(954) 961-1400
(954) 518-8636
Attorney for Plaintiffs, Branded AcquiCo No 6, LLC and Branded EU AcquiCo No 2, Ltd